| | |
|---|---|
| WILLOW HOLDINGS, INC. | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA |
| Plaintiff | |
| v. | CIVIL ACTION – LAW |
| TRAVELERS INSURANCE, | No. 2:CV-3229 |
| Defendant | |

## <u>PRAECIPE FOR ENTRY OF APPEARANCE</u>

TO:    Michael E. Kunz, Clerk of the Court

Please enter the appearance of James K. Thomas, II, Esquire and David L. Schwalm, Esquire, of the law firm of Thomas, Thomas & Hafer, LLP, counsel on behalf of Defendant, Travelers Insurance, with respect to the above matter.


                                    THOMAS, THOMAS & HAFER, LLP


DATED:      July 8, 2002          By:_____
                                    James K. Thomas, II, Esquire
                                    Attorney I.D. No. 15613
                                    David L. Schwalm, Esquire
                                    I.D. No. 32574
                                    Attorneys for Defendant
                                    Adams County
                                    305 North Front Street
                                    P.O. Box 999
                                    Harrisburg, PA  17108-0999

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Praecipe for Entry of Appearance was served upon the following individuals at their respective addresses by depositing same in the United States mail, postage pre-paid:

Ronald H. Pollock, Jr., Esquire
Matthew H. Haverstick, Esquire
126 E. King Street
Lancaster, PA  17602-2893

_____
David L. Schwalm, Esquire

DATE:  July 8, 2002